ALBERT SANDERS, as Receiver in Supplementary Proceedings, Appellant, *v.* FREDERICK F. PROCTOR, JR., Respondent.

*Sanders v. Proctor*, 172 App. Div. 713, affirmed.
(Argued January 13, 1919; decided January 28, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The action was to recover a sum alleged to be due Wonderland Amusement Company,

as the consideration for the sale by it to defendant of 150 shares of its capital stock. The answer admitted that a certificate for 150 shares of the capital stock of said corporation was issued and subsequently delivered to the defendant, but denied that the certificate was issued at the instance and request of the defendant, and denied that he accepted the same, or that he promised and agreed to pay therefor.

*Charles G. F. Wahle* for appellant.

*Sumner B. Stiles* and *William F. S. Hart* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.